UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-11279

Jacqueline J Davenport  Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Mercedes-Benz Financial Services USA LLC
    c/o BK Servicing, LLC
    PO Box 131265
    Roseville, MN  55113-0011

    BK Servicing, LLC

By  /s/ Ed Gezel_____

    Ed Gezel, Agent
    BK Servicing, LLC
    PO Box 131265
    Roseville, MN  55113-0011
    651-366-6390
    notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on March 14, 2018 :

Michele Perez Capilato
Law Office Of Michele Perez Capilato
500 Office Center Drive
Suite 400
Fort Washington, PA  19034
Fax : 1(866) 535-8160

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA  19105

By\_\_/s/ Ed Gezel, Agent_____
      Ed Gezel

511116