UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACQUELINE J. DAVENPORT** | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | No. 18-11279 mdc |

ORDER

AND NOW, this  28th  day of March 2018, the Court having considered the Debtor's Second Motion for Extension of Time to File Required Documents, submitted by the attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

ORDERED that the Debtor is hereby granted an extension of time, up to and including April 6, 2018, within which to file all required documents.

_____
MAGDELINE D COLEMAN
United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Ms. Jacqueline J. Davenport
1644 Huntingdon Road
Abington, PA 19001