United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-11279-mdc
Jacqueline J Davenport                                              Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer           Page 1 of 1            Date Rcvd: Mar 28, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db             +Jacqueline J Davenport,   1644 Huntingdon Road,   Abington, PA 19001-2108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
              MICHELE PEREZ CAPILATO    on behalf of Debtor Jacqueline J Davenport perezcapilatolaw@yahoo.com,
               michelecapilatolaw@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | **CHAPTER 13** |
| **JACQUELINE J. DAVENPORT** | : | |
| | : | |
| **Debtor(s)** | : | **No. 18-11279 mdc** |

ORDER

AND NOW, this 28th day of March 2018, the Court having considered the Debtor's Second Motion for Extension of Time to File Required Documents, submitted by the attorney of record, MICHELE PEREZ CAPILATO, Esquire, and good cause appearing therefore, it is

ORDERED that the Debtor is hereby granted an extension of time, up to and including April 6, 2018, within which to file all required documents.

_____
MAGDELINE D COLEMAN
United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Ms. Jacqueline J. Davenport
1644 Huntingdon Road
Abington, PA 19001