United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jacqueline J Davenport  
    Debtor

Case No. 18-11279-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 2     Date Rcvd: Apr 10, 2018  
                 Form ID: 309I     Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2018.

```
db              +Jacqueline J Davenport,    1644 Huntingdon Road,    Abington, PA 19001-2108
14086453         Abington Emergency Physicians,    56 W Main Street,    Ste 305,    Newark, DE 19702-1503
14086454        +Abington Memorial Hospital,    1200 Old York Road,    Abington, PA 19001-3788
14086455        +Citi,    Po Box 6190,    Sioux Falls, SD 57117-6190
14086460         Drs Schelkun & Kienle Association,    158 York Road,    Warminster, PA 18974-4521
14086461        +Edfinancial Services L,    120 N Seven Oaks Dr,    Knoxville, TN 37922-2359
14086462        +First Federal Credit C,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
14086463         Fox Chase Gartro Assoc PC,    POB 62107,    King of Prussia, PA 19406-0239
14086464        +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14086466         Orthopedic Surgery & Rehabilitation,    888 Fox Chase Road,    Jenkintown, PA 19046-4437
14086468        +PECO,    POB 37629,    Philadelphia, PA 19101-0629
14086469         Penn Medicine,    POB 824406,    Philadelphia, PA 19182-4406
14086470         Penn State,    Office of the Bursar,    103 Shields Building,    University Park, PA 16802-1200
14086471        +Phil's Landscape & Design,    POB 1032,    Roslyn, PA 19001-9032
14086472         Radiology Group Abington,    POB 6750,    Portsmouth, NH 03802-6750
14086473        +Sanuel E. Cramer, DMD,    132 South York Road,    Hatboro, PA 19040-3327
14086475         Temple University Physicians,    POB 827783,    Philadelphia, PA 19182-7783
14086476        +U.S. Small Business Association,    801 Tom Martin Drive,    Suite 120,
                  Birmingham, AL 35211-6424
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty              E-mail/Text: perezcapilatolaw@yahoo.com Apr 11 2018 01:45:56    MICHELE PEREZ CAPILATO,
                  Law Office of Michele Perez Capilato,    500 Office Center Drive,    Suite 400,
                  Fort Washington, PA  19034
tr              +E-mail/Text: bncnotice@ph13trustee.com Apr 11 2018 01:47:14    WILLIAM C. MILLER, Esq.,
                  Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg              E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:46:54    City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2018 01:46:48    U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 11 2018 01:46:39    United States Trustee,
                  Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14086457         E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:46:54    City of Philadelphia,
                  Municipal Services Bldg,    Concourse,    1401 John F. Kennedy Blvd,    Philadelphia, PA 19102
14086456        +EDI: CITICORP.COM Apr 11 2018 05:38:00    Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14086458        +EDI: CCS.COM Apr 11 2018 05:38:00    Credit Collection Services,    725 Canton Street,
                  Norwood, MA 02062-2679
14080534         EDI: DISCOVER.COM Apr 11 2018 05:38:00    Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
14086459        +EDI: DISCOVER.COM Apr 11 2018 05:38:00    Discover Fin Svcs Llc,    Po Box 15316,
                  Wilmington, DE 19850-5316
14086465        +EDI: DAIMLER.COM Apr 11 2018 05:38:00    Mercedes Benz Financia,    P.o. Box 961,
                  Roanoke, TX 76262-0961
14064726        +EDI: PRA.COM Apr 11 2018 05:38:00    PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
14086467        +E-mail/Text: blegal@phfa.org Apr 11 2018 01:46:39    Pa Housing Finance Age,    211 N Front St,
                  Harrisburg, PA 17101-1406
14069961        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2018 01:46:24
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA 17128-0946
14085204         EDI: Q3G.COM Apr 11 2018 05:38:00    Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                  PO Box 788,    Kirkland, WA  98083-0788
14086474        +EDI: RMSC.COM Apr 11 2018 05:38:00    Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
14086477        +EDI: WFFC.COM Apr 11 2018 05:38:00    Wells Fargo Bank,    Po Box 14517,
                  Des Moines, IA 50306-3517
14083878         EDI: WFFC.COM Apr 11 2018 05:38:00    Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                  PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 18
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: dlv              Page 2 of 2               Date Rcvd: Apr 10, 2018
                              Form ID: 309I          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
              MICHELE PEREZ CAPILATO    on behalf of Debtor Jacqueline J Davenport perezcapilatolaw@yahoo.com,
               michelecapilatolaw@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jacqueline J Davenport** | Social Security number or ITIN  xxx–xx–4725 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter  13   2/27/18 |
| Case number: | 18–11279–mdc | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case                          12/17

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jacqueline J Davenport | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1644 Huntingdon Road<br>Abington, PA 19001 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHELE PEREZ CAPILATO<br>Law Office of Michele Perez Capilato<br>500 Office Center Drive<br>Suite 400<br>Fort Washington, PA 19034 | Contact phone (267) 513–1777<br>Email: perezcapilatolaw@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M  Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 4/10/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 23, 2018 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/22/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/8/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/26/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of 1241.99 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/21/18** at **9:30 AM**, Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |