# Department of Veterans Affairs
## EARNINGS AND LEAVE STATEMENT

| 1. NAME OF EMPLOYEE | | |
|---|---|---|
| JA... J... | | 12/29/2017 |
| **2. SOCIAL SECURITY NO.** *(Last 4 digits)* | | **4. PAY DATE** |
| XXX-XX-4725 | | 12/29/2017 |

| 5. PAY PLAN | 6. GRADE AND STEP | 7. HOURLY/DAILY RATE | 8. BASIC OVERTIME RATE | 9. ADJUSTED BASIC PAY (Basic Pay + Locality Adjustment) |
|---|---|---|---|---|
| GS | 09  05 | 29.09 | 43.64 | 49019.00 + 11701 = 60720.00 |

| 10. LOCALITY PERCENT | 11. FLSA CATEGORY | 12. SCD LEAVE | 13. MAXIMUM LEAVE CARRY OVER | 14. LEAVE YEAR ENDING |
|---|---|---|---|---|
| 23.87 | N | 07/22/07 | | 01/06/18 |

| 15. FINANCIAL INSTITUTION - NET PAY | 16. FINANCIAL INSTITUTION - ALLOTMENT NO. 1 | 17. FINANCIAL INSTITUTION - ALLOTMENT NO. 2 |
|---|---|---|
| WELLS FARGO BANK | | |

| 18A. TAX | 18B. MARITAL STATUS | 18C. EXEMPTIONS | 18D. ADD'L | 19A. MARITAL STATUS | 19B. EXEMPTIONS | 19C. ADD'L | 19D. TAXING AUTHORITY | 20. CUMULATIVE RETIREMENT | 21. MILITARY DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|
| FED | S | 3 | | | | | | | |
| PA | S | 0 | | S | 000000 | | PHILADELPHIA NR | FERS: CURR  3467.49 | |

### 22. PAY INFORMATION

| A. DESCRIPTION | B. CURRENT | C. YEAR TO DATE |
|---|---|---|
| GROSS PAY | 2327.20 | 60824.42 |
| TAXABLE WAGES | 2145.33 | 56102.67 |
| NONTAXABLE WAGES | 181.87 | 4721.75 |
| TAX DEFERRED WAGES | | |
| DEDUCTIONS | 796.07 | 22256.57 |
| AEIC | | |
| **NET PAY** | **1531.13** | **38567.85** |

### 23. MISCELLANEOUS AND BENEFITS INFORMATION

| A. DESCRIPTION | |
|---|---|
| FUND CONTROL POINT | 013 |
| TSP GB | 23.27 |

### 24. CURRENT EARNINGS

| A. DESCRIPTION | B. HOURS/DAYS | C. AMOUNT | D. DESCRIPTION | E. HOURS/DAYS | F. AMOUNT | G. DESCRIPTION | H. HOURS/DAYS | I. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80 | 2327.20 | | | | | | |

### 25. RETROACTIVE EARNINGS

| A. DESCRIPTION | B. HOURS/DAYS | C. AMOUNT | D. DESCRIPTION | E. HOURS/DAYS | F. AMOUNT | G. DESCRIPTION | H. HOURS/DAYS | I. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### 26. DEDUCTIONS

| A. DESCRIPTION | B. CODE | C. CURRENT | D. YEAR TO DATE | E. DESCRIPTION | F. CODE | G. CURRENT | H. YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Z5 | 9.45 | 245.55 | FEGLI OPTNL | ABC | 25.00 | 649.65 |
| FEHB | 104 | 105.99 | 2749.93 | MEDICARE | | 31.11 | 813.49 |
| OASDI | | 133.01 | 3478.37 | ORG/UNION | V2IA | 17.00 | 404.00 |
| RETIRE, FERS | K | 18.62 | 483.22 | TAX, FEDERAL | | 233.50 | 6152.01 |
| TAX, LOCAL | 422049 | 80.65 | 2096.62 | TAX, STATE | PA | 65.86 | 1726.31 |
| TSP LOANS | 629001G | | 1485.60 | DENTAL | | 63.31 | 1645.21 |
| VISION | | 12.57 | 326.61 | | | | |

### 27. LEAVE

| A. DESCRIPTION | B. PRIOR YEAR BALANCE | C. ACCRUED PAY PERIOD | D. ACCRUED YEAR TO DATE | E. USED PAY PERIOD | F. USED YEAR TO DATE | G. DONATED/RETURNED | H. CURRENT BALANCE | I. USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 42.41 | 10.00 | 154.00 | | 172.25 | | 24.16 | |
| SICK | 69.35- | 4.00 | 100.00 | | 26.00 | | 4.65 | |
| DONATED | | | 36.00 | | 36.00 | | | |
| HOLIDAY | | | | 10.00 | 90.00 | | | |
| ADMIN | | | | | 13.00 | | | |

**REMARKS**
PART TIME CARRYOVER ANNUAL LEAVE    7.25.
PART TIME CARRYOVER SICK LEAVE    6.25.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
DO YOU WANT TO PARTICIPATE IN THE 2017 COMBINED FEDERAL CAMPAIGN?
ALL ELECTRONIC PLEDGES MUST BE REGISTERED THROUGH THE NEW OPM WEBSITE
AT HTTPS://CFCGIVING.OPM.GOV. THE CAMPAIGN RUNS NOW UNTIL JAN. 12, 2018.
GET READY FOR TAX SEASON NOW. GET YOUR 1095 FASTER AND MORE SECURE
BY LOGGING ONTO MYPAY AT HTTPS://MYPAY.DFAS.MIL AND SELECTING
THE TURN ON/OFF HARDCOPY 1095 OPTION TO ELECT ELECTRONIC ONLY.
PRETAX FEHB EXCLUSION $    105.99

VA FORM 5632

# Department of Veterans Affairs

## EARNINGS AND LEAVE STATEMENT

**1. NAME OF EMPLOYEE**

**2. SOCIAL SECURITY NO. (Last 4 digits)**: XXX-XX-4725

**3. PAY PERIOD ENDING**

**4. PAY DATE**: 12/29/2017

| 5. PAY PLAN | 6. GRADE AND STEP | 7. HOURLY/DAILY RATE | 8. BASIC OVERTIME RATE | 9. ADJUSTED BASIC PAY (Basic Pay + Locality Adjustment) |
|---|---|---|---|---|
| GS | 09   05 | 29.09 | 43.64 | 49019.00 + 11701 = 60720.00 |

| 10. LOCALITY PERCENT | 11. FLSA CATEGORY | 12. SCD LEAVE | 13. MAXIMUM LEAVE CARRY OVER | 14. LEAVE YEAR ENDING |
|---|---|---|---|---|
| 23.87 | N | 07/22/07 | | 01/06/18 |

| 15. FINANCIAL INSTITUTION - NET PAY | 16. FINANCIAL INSTITUTION - ALLOTMENT NO. 1 | 17. FINANCIAL INSTITUTION - ALLOTMENT NO. 2 |
|---|---|---|
| WELLS FARGO BANK | | |

| 18A. TAX | 18B. MARITAL STATUS | 18C. EXEMPTIONS | 18D. ADD'L | 19A. MARITAL STATUS | 19B. EXEMPTIONS | 19C. ADD'L | 19D. TAXING AUTHORITY | 20. CUMULATIVE RETIREMENT | 21. MILITARY DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|
| FED | S | 3 | | | | | | | |
| PA | S | 0 | | S | 000000 | | PHILADELPHIA NR | FERS: CURR 3467.49 | |

### 22. PAY INFORMATION

| A. DESCRIPTION | B. CURRENT | C. YEAR TO DATE |
|---|---|---|
| GROSS PAY | 2327.20 | 60824.42 |
| TAXABLE WAGES | 2145.33 | 56102.67 |
| NONTAXABLE WAGES | 181.87 | 4721.75 |
| TAX DEFERRED WAGES | | |
| DEDUCTIONS | 796.07 | 22256.57 |
| AEIC | | |
| NET PAY | 1531.13 | 38567.85 |

### 23. MISCELLANEOUS AND BENEFITS INFORMATION

| A. DESCRIPTION | | |
|---|---|---|
| FUND CONTROL POINT | | 013 |
| TSP GB | | 23.27 |

### 24. CURRENT EARNINGS

| A. DESCRIPTION | B. HOURS/DAYS | C. AMOUNT | D. DESCRIPTION | E. HOURS/DAYS | F. AMOUNT | G. DESCRIPTION | H. HOURS/DAYS | I. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### 25. RETROACTIVE EARNINGS

| A. DESCRIPTION | B. HOURS/DAYS | C. AMOUNT | D. DESCRIPTION | E. HOURS/DAYS | F. AMOUNT | G. DESCRIPTION | H. HOURS/DAYS | I. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### 26. DEDUCTIONS

| A. DESCRIPTION | B. CODE | C. CURRENT | D. YEAR TO DATE | E. DESCRIPTION | F. CODE | G. CURRENT | H. YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### 27. LEAVE

| A. DESCRIPTION | B. PRIOR YEAR BALANCE | C. ACCRUED PAY PERIOD | D. ACCRUED YEAR TO DATE | E. USED PAY PERIOD | F. USED YEAR TO DATE | G. DONATED/RETURNED | H. CURRENT BALANCE | I. USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| LWOP | | | | | 2.00 | | | |

**REMARKS**

VA FORM 5632

# Department of Veterans Affairs

## EARNINGS AND LEAVE STATEMENT

| 1. NAME OF EMPLOYEE | 3. FOR PAY PERIOD ENDING |
|---|---|
| DAVENPORT JACQUELINE B | 01/06/2018 |

| 2. SOCIAL SECURITY NO. (Last 4-digits) | 4. PAY DATE |
|---|---|
| XXX-XX-4725 | 01/12/2018 |

| 5. PAY PLAN | 6. GRADE AND STEP | 7. HOURLY/DAILY RATE | 8. BASIC OVERTIME RATE | 9. ADJUSTED BASIC PAY (Basic Pay + Locality Adjustment) |
|---|---|---|---|---|
| GS | 09   05 | 29.09 | 43.64 | 49019.00 + 11701 = 60720.00 |

| 10. LOCALITY PERCENT | 11. FLSA CATEGORY | 12. SCD LEAVE | 13. MAXIMUM LEAVE CARRY OVER | 14. LEAVE YEAR ENDING |
|---|---|---|---|---|
| 23.87 | N | 07/22/07 | | 01/06/18 |

| 15. FINANCIAL INSTITUTION - NET PAY | 16. FINANCIAL INSTITUTION - ALLOTMENT NO. 1 | 17. FINANCIAL INSTITUTION - ALLOTMENT NO. 2 |
|---|---|---|
| WELLS FARGO BANK | | |

| 18A. TAX | 18B. MARITAL STATUS | 18C. EXEMPTIONS | 18D. ADD'L | 19A. MARITAL STATUS | 19B. EXEMPTIONS | 19C. ADD'L | 19D. TAXING AUTHORITY | 20. CUMULATIVE RETIREMENT | 21. MILITARY DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|
| FED | S | 3 | | | | | | | |
| PA | S | 0 | | S | 000000 | | PHILADELPHIA NR | FERS: CURR  3486.11 | |

### 22. PAY INFORMATION

| A. DESCRIPTION | B. CURRENT | C. YEAR TO DATE |
|---|---|---|
| GROSS PAY | 2327.20 | 2327.20 |
| TAXABLE WAGES | 2145.33 | 2145.33 |
| NONTAXABLE WAGES | 181.87 | 181.87 |
| TAX DEFERRED WAGES | | |
| DEDUCTIONS | 796.07 | 796.07 |
| AEIC | | |
| NET PAY | 1531.13 | 1531.13 |

### 23. MISCELLANEOUS AND BENEFITS INFORMATION

| A. DESCRIPTION | |
|---|---|
| FUND CONTROL POINT | 013 |
| TSP GB | 23.27 |

### 24. CURRENT EARNINGS

| A. DESCRIPTION | B. HOURS/DAYS | C. AMOUNT | D. DESCRIPTION | E. HOURS/DAYS | F. AMOUNT | G. DESCRIPTION | H. HOURS/DAYS | I. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80 | 2327.20 | | | | | | |

### 25. RETROACTIVE EARNINGS

| A. DESCRIPTION | B. HOURS/DAYS | C. AMOUNT | D. DESCRIPTION | E. HOURS/DAYS | F. AMOUNT | G. DESCRIPTION | H. HOURS/DAYS | I. AMOUNT |
|---|---|---|---|---|---|---|---|---|

### 26. DEDUCTIONS

| A. DESCRIPTION | B. CODE | C. CURRENT | D. YEAR TO DATE | E. DESCRIPTION | F. CODE | G. CURRENT | H. YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Z5 | 9.45 | 9.45 | FEGLI OPTNL | ABC | 25.00 | 25.00 |
| FEHB | 104 | 105.99 | 105.99 | MEDICARE | | 31.11 | 31.11 |
| OASDI | | 133.01 | 133.01 | ORG/UNION | V2IA | 17.00 | 17.00 |
| RETIRE, FERS | K | 18.62 | 18.62 | TAX, FEDERAL | | 233.50 | 233.50 |
| TAX, LOCAL | 422049 | 80.65 | 80.65 | TAX, STATE | PA | 65.86 | 65.86 |
| DENTAL | | 63.31 | 63.31 | VISION | | 12.57 | 12.57 |

### 27. LEAVE

| A. DESCRIPTION | B. PRIOR YEAR BALANCE | C. ACCRUED PAY PERIOD | D. ACCRUED YEAR TO DATE | E. USED PAY PERIOD | F. USED YEAR TO DATE | G. DONATED/RETURNED | H. CURRENT BALANCE | I. USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 42.41 | 6.00 | 160.00 | 12.00 | 184.25 | | 18.16 | |
| SICK | 69.35- | 4.00 | 104.00 | | 26.00 | | 8.65 | |
| DONATED | | | 36.00 | | 36.00 | | | |
| HOLIDAY | | | | 20.00 | 110.00 | | | |
| ADMIN | | | | 8.00 | 21.00 | | | |

### REMARKS

PART TIME CARRYOVER ANNUAL LEAVE      7.25.
PART TIME CARRYOVER SICK LEAVE        6.25.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
DO YOU WANT TO PARTICIPATE IN THE 2017 COMBINED FEDERAL CAMPAIGN?
ALL ELECTRONIC PLEDGES MUST BE REGISTERED THROUGH THE NEW OPM WEBSITE
AT HTTPS://CFCGIVING.OPM.GOV. THE CAMPAIGN RUNS NOW UNTIL JAN. 12, 2018.
PRETAX FEHB EXCLUSION $    105.99
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

VA FORM 5632

# Department of Veterans Affairs

## EARNINGS AND LEAVE STATEMENT

| 1. NAME OF EMPLOYEE | 3. FOR PAY PERIOD ENDING |
|---|---|
| DAVENPORT JACQUELINE J | 01/06/2018 |

| 2. SOCIAL SECURITY NO. (Last 4-digits) | 4. PAY DATE |
|---|---|
| XXX-XX-4725 | 01/12/2018 |

| 5. PAY PLAN | 6. GRADE AND STEP | 7. HOURLY/DAILY RATE | 8. BASIC OVERTIME RATE | 9. ADJUSTED BASIC PAY (Basic Pay + Locality Adjustment) |
|---|---|---|---|---|
| GS | 09  05 | 29.09 | 43.64 | 49019.00 + 11701 = 60720.00 |

| 10. LOCALITY PERCENT | 11. FLSA CATEGORY | 12. SCD LEAVE | 13. MAXIMUM LEAVE CARRY OVER | 14. LEAVE YEAR ENDING |
|---|---|---|---|---|
| 23.87 | N | 07/22/07 | | 01/06/18 |

| 15. FINANCIAL INSTITUTION - NET PAY | 16. FINANCIAL INSTITUTION - ALLOTMENT NO. 1 | 17. FINANCIAL INSTITUTION - ALLOTMENT NO. 2 |
|---|---|---|
| WELLS FARGO BANK | | |

| 18A. TAX | 18B. MARITAL STATUS | 18C. EXEMPTIONS | 18D. ADD'L | 19A. MARITAL STATUS | 19B. EXEMPTIONS | 19C. ADD'L | 19D. TAXING AUTHORITY | 20. CUMULATIVE RETIREMENT | 21. MILITARY DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|
| FED | S | 3 | | | | | | | |
| PA | S | 0 | | S | 000000 | | PHILADELPHIA NR | FERS: CURR  3486.11 | |

### 22. PAY INFORMATION

| A. DESCRIPTION | B. CURRENT | C. YEAR TO DATE |
|---|---|---|
| GROSS PAY | 2327.20 | 2327.20 |
| TAXABLE WAGES | 2145.33 | 2145.33 |
| NONTAXABLE WAGES | 181.87 | 181.87 |
| TAX DEFERRED WAGES | | |
| DEDUCTIONS | 796.07 | 796.07 |
| AEIC | | |
| NET PAY | 1531.13 | 1531.13 |

### 23. MISCELLANEOUS AND BENEFITS INFORMATION

| A. DESCRIPTION | |
|---|---|
| FUND CONTROL POINT | 013 |
| TSP GB | 23.27 |

### 24. CURRENT EARNINGS

| A. DESCRIPTION | B. HOURS/DAYS | C. AMOUNT | D. DESCRIPTION | E. HOURS/DAYS | F. AMOUNT | G. DESCRIPTION | H. HOURS/DAYS | I. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### 25. RETROACTIVE EARNINGS

| A. DESCRIPTION | B. HOURS/DAYS | C. AMOUNT | D. DESCRIPTION | E. HOURS/DAYS | F. AMOUNT | G. DESCRIPTION | H. HOURS/DAYS | I. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### 26. DEDUCTIONS

| A. DESCRIPTION | B. CODE | C. CURRENT | D. YEAR TO DATE | E. DESCRIPTION | F. CODE | G. CURRENT | H. YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### 27. LEAVE

| A. DESCRIPTION | B. PRIOR YEAR BALANCE | C. ACCRUED PAY PERIOD | D. ACCRUED YEAR TO DATE | E. USED PAY PERIOD | F. USED YEAR TO DATE | G. DONATED/RETURNED | H. CURRENT BALANCE | I. USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| LWOP | | | | | 2.00 | | | |

**REMARKS**

VA FORM 5632

# Department of Veterans Affairs

## EARNINGS AND LEAVE STATEMENT

| 1. NAME OF EMPLOYEE | 3. FOR PAY PERIOD ENDING |
|---|---|
| | 01/20/2018 |

| 2. SOCIAL SECURITY NO. (Last 4-digits) | 4. PAY DATE |
|---|---|
| XXX-XX-4725 | 01/26/2018 |

| 5. PAY PLAN | 6. GRADE AND STEP | 7. HOURLY/DAILY RATE | 8. BASIC OVERTIME RATE | 9. ADJUSTED BASIC PAY (Basic Pay + Locality Adjustment) |
|---|---|---|---|---|
| GS | 09  05 | 29.67 | 44.51 | 49705.00 + 12222 = 61927.00 |

| 10. LOCALITY PERCENT | 11. FLSA CATEGORY | 12. SCD LEAVE | 13. MAXIMUM LEAVE CARRY OVER | 14. LEAVE YEAR ENDING |
|---|---|---|---|---|
| 24.59 | N | 07/22/07 | | 01/05/19 |

| 15. FINANCIAL INSTITUTION - NET PAY | 16. FINANCIAL INSTITUTION - ALLOTMENT NO. 1 | 17. FINANCIAL INSTITUTION - ALLOTMENT NO. 2 |
|---|---|---|
| WELLS FARGO BANK | | |

| 18A. TAX | 18B. MARITAL STATUS | 18C. EXEMPTIONS | 18D. ADD'L | 19A. MARITAL STATUS | 19B. EXEMPTIONS | 19C. ADD'L | 19D. TAXING AUTHORITY | 20. CUMULATIVE RETIREMENT | 21. MILITARY DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|
| FED | S | 3 | | | | | | | |
| PA | S | 0 | | S | 000000 | | PHILADELPHIA NR | FERS: CURR  3505.10 | |

### 22. PAY INFORMATION

| A. DESCRIPTION | B. CURRENT | C. YEAR TO DATE |
|---|---|---|
| GROSS PAY | 2373.60 | 4700.80 |
| TAXABLE WAGES | 2181.49 | 4326.82 |
| NONTAXABLE WAGES | 192.11 | 373.98 |
| TAX DEFERRED WAGES | | |
| DEDUCTIONS | 821.69 | 1617.76 |
| AEIC | | |
| NET PAY | 1551.91 | 3083.04 |

### 23. MISCELLANEOUS AND BENEFITS INFORMATION

| A. DESCRIPTION | |
|---|---|
| FUND CONTROL POINT | 013 |
| TSP GB | 23.74 |

### 24. CURRENT EARNINGS

| A. DESCRIPTION | B. HOURS/DAYS | C. AMOUNT | D. DESCRIPTION | E. HOURS/DAYS | F. AMOUNT | G. DESCRIPTION | H. HOURS/DAYS | I. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80 | 2373.60 | | | | | | |

### 25. RETROACTIVE EARNINGS

| A. DESCRIPTION | B. HOURS/DAYS | C. AMOUNT | D. DESCRIPTION | E. HOURS/DAYS | F. AMOUNT | G. DESCRIPTION | H. HOURS/DAYS | I. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### 26. DEDUCTIONS

| A. DESCRIPTION | B. CODE | C. CURRENT | D. YEAR TO DATE | E. DESCRIPTION | F. CODE | G. CURRENT | H. YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Z5 | 9.60 | 19.05 | FEGLI OPTNL | ABC | 25.35 | 50.35 |
| FEHB | 104 | 113.16 | 219.15 | MEDICARE | | 31.63 | 62.74 |
| OASDI | | 135.25 | 268.26 | ORG/UNION | V2IA | 17.00 | 34.00 |
| RETIRE, FERS | K | 18.99 | 37.61 | TAX, FEDERAL | | 242.54 | 476.04 |
| TAX, LOCAL | 422049 | 82.25 | 162.90 | TAX, STATE | PA | 66.97 | 132.83 |
| DENTAL | | 65.95 | 129.26 | VISION | | 13.00 | 25.57 |

### 27. LEAVE

| A. DESCRIPTION | B. PRIOR YEAR BALANCE | C. ACCRUED PAY PERIOD | D. ACCRUED YEAR TO DATE | E. USED PAY PERIOD | F. USED YEAR TO DATE | G. DONATED/RETURNED | H. CURRENT BALANCE | I. USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 18.16 | 6.00 | 6.00 | | | | 24.16 | |
| SICK | 8.65 | 4.00 | 4.00 | | | | 12.65 | |
| DONATED | | | 36.00 | | 36.00 | | | |
| HOLIDAY | | | | 10.00 | 10.00 | | | |

**REMARKS**
PART TIME CARRYOVER ANNUAL LEAVE    7.25.
PART TIME CARRYOVER SICK LEAVE    6.25.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $   113.16
FEHB DEDUCTION CHANGED.
DEDUCTION ADDED/CHANGED FOR VISION AND/OR DENTAL CARE.
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

VA FORM 5632

# Department of Veterans Affairs

## EARNINGS AND LEAVE STATEMENT

| 1. NAME OF EMPLOYEE | 13. FOR PAY PERIOD ENDING |
|---|---|
| | 02/03/2018 |

| 2. SOCIAL SECURITY NO. (Last 4 digits) | 4. PAY DATE |
|---|---|
| XXX-XX-4725 | 02/09/2018 |

| 5. PAY PLAN | 6. GRADE AND STEP | 7. HOURLY/DAILY RATE | 8. BASIC OVERTIME RATE | 9. ADJUSTED BASIC PAY (Basic Pay + Locality Adjustment) |
|---|---|---|---|---|
| GS | 09  05 | 29.67 | 44.51 | 49705.00 + 12222 = 61927.00 |

| 10. LOCALITY PERCENT | 11. FLSA CATEGORY | 12. SCD LEAVE | 13. MAXIMUM LEAVE CARRY OVER | 14. LEAVE YEAR ENDING |
|---|---|---|---|---|
| 24.59 | N | 07/22/07 | | 01/05/19 |

| 15. FINANCIAL INSTITUTION - NET PAY | 16. FINANCIAL INSTITUTION - ALLOTMENT NO. 1 | 17. FINANCIAL INSTITUTION - ALLOTMENT NO. 2 |
|---|---|---|
| WELLS FARGO BANK | | |

| 18A. TAX | 18B. MARITAL STATUS | 18C. EXEMPTIONS | 18D. ADD'L | 19A. MARITAL STATUS | 19B. EXEMPTIONS | 19C. ADD'L | 19D. TAXING AUTHORITY | 20. CUMULATIVE RETIREMENT | 21. MILITARY DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|
| FED | S | 3 | | | | | | | |
| PA | S | 0 | | S | 000000 | | PHILADELPHIA NR | FERS: CURR  3524.09 | |

### 22. PAY INFORMATION

| A. DESCRIPTION | B. CURRENT | C. YEAR TO DATE |
|---|---|---|
| GROSS PAY | 2373.60 | 7074.40 |
| TAXABLE WAGES | 2181.49 | 6508.31 |
| NONTAXABLE WAGES | 192.11 | 566.09 |
| TAX DEFERRED WAGES | | |
| DEDUCTIONS | 710.82 | 2328.58 |
| AEIC | | |
| NET PAY | 1662.78 | 4745.82 |

### 23. MISCELLANEOUS AND BENEFITS INFORMATION

| A. DESCRIPTION | |
|---|---|
| FUND CONTROL POINT | 013 |
| TSP GB | 23.74 |

### 24. CURRENT EARNINGS

| A. DESCRIPTION | B. HOURS/DAYS | C. AMOUNT | D. DESCRIPTION | E. HOURS/DAYS | F. AMOUNT | G. DESCRIPTION | H. HOURS/DAYS | I. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80 | 2373.60 | | | | | | |

### 25. RETROACTIVE EARNINGS

| A. DESCRIPTION | B. HOURS/DAYS | C. AMOUNT | D. DESCRIPTION | E. HOURS/DAYS | F. AMOUNT | G. DESCRIPTION | H. HOURS/DAYS | I. AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### 26. DEDUCTIONS

| A. DESCRIPTION | B. CODE | C. CURRENT | D. YEAR TO DATE | E. DESCRIPTION | F. CODE | G. CURRENT | H. YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | Z5 | 9.60 | 28.65 | FEGLI OPTNL | ABC | 25.35 | 75.70 |
| FEHB | 104 | 113.16 | 332.31 | MEDICARE | | 31.63 | 94.37 |
| OASDI | | 135.26 | 403.52 | ORG/UNION | V2IA | 17.00 | 51.00 |
| RETIRE, FERS | K | 18.99 | 56.60 | TAX, FEDERAL | | 131.66 | 607.70 |
| TAX, LOCAL | 422049 | 82.25 | 245.15 | TAX, STATE | PA | 66.97 | 199.80 |
| DENTAL | | 65.95 | 195.21 | VISION | | 13.00 | 38.57 |

### 27. LEAVE

| A. DESCRIPTION | B. PRIOR YEAR BALANCE | C. ACCRUED PAY PERIOD | D. ACCRUED YEAR TO DATE | E. USED PAY PERIOD | F. USED YEAR TO DATE | G. DONATED/RETURNED | H. CURRENT BALANCE | I. USE-LOSE TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 18.16 | 6.00 | 12.00 | 3.00 | 3.00 | | 27.16 | |
| SICK | 8.65 | 4.00 | 8.00 | | | | 16.65 | |
| DONATED | | | 36.00 | | 36.00 | | | |
| HOLIDAY | | | | | 10.00 | | | |

**REMARKS**
PART TIME CARRYOVER ANNUAL LEAVE    7.25.
PART TIME CARRYOVER SICK LEAVE    6.25.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    113.16
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

VA FORM 5632

Jacqueline Dawson    XXXXX-4725    EMPL-282036    999/11    W/E Dt: 1/28/2018    473006

**Thank you for your dedicated service - we appreciate it!**

| | Hours | Amount | | | | | | | -----YTD----- |
|---|---|---|---|---|---|---|---|---|---|
| Regular Pay | 20.25 | 222.75 | F.I.C.A | 13.81 | | | Gross | | 222.7 |
| | | | Medicare | 3.23 | | | Fed W/H | | 0.0 |
| | | | PA St W/H | 6.84 | | | FICA | | 13.8 |
| | | | PA SUI | 0.13 | | | Medicare | | 3.2 |
| | | | H9 - LWH | 2.23 | | | PA St W/H | | 6.8 |
| | | | HO - LWH | 1.00 | | | PA SUI | | 0.1 |
| | | | | | | | H9 - LWH | | 2.2 |
| 01/22/18 | 01/28/18 | Veeva Systems, In | | 20.25 | 11.00 | 222.75 | HO - LWH | | 1.0 |
| | | | | | | | Nontaxable | | 0.0 |
| | | | | | | | Taxable | | 222.7 |

Gross Pay: 222.75    Deductions: 27.24    YTD Hours: 20.25
Net Pay: 195.51

Jacqueline Davenport     XXX-XX-4725     EMPL-282036     909.11     W/E Dt: 2/4/2018     473430

Thank you for your dedicated service - we appreciate it!

| | Hours | Amount | | | | | | | -----YTD----- |
|---|---|---|---|---|---|---|---|---|---|
| Regular Pay | 20.50 | 225.50 | F.I.C.A | 13.98 | | | Gross | | 448. |
| | | | Medicare | 3.27 | | | Fed W/H | | 0. |
| | | | PA St W/H | 6.92 | | | FICA | | 27. |
| | | | PA SUI | 0.14 | | | Medicare | | 6. |
| | | | H9 - LWH | 2.26 | | | PA St W/H | | 13. |
| | | | HO - LWH | 1.00 | | | PA SUI | | 0. |
| | | | | | | | H9 - LWH | | 4. |
| 01/29/18 | 02/04/18 | | Veeva Systems, In | 20.50 | 11.00 | 225.50 | HO - LWH | | 2.0 |
| | | | | | | | Nontaxable | | 0.0 |
| | | | | | | | Taxable | | 448.2 |

Gross Pay: 225.50    Deductions: 27.57    YTD Hours: 40.7    Net Pay: 197.9

Jacqueline                    XXX-XX-4725          EMPL-282036          W/E Dt: 2/11/2018          473683
Thank you for your dedicated service - we appreciate it!

| | Hours | Amount | | | | | | -----YTD----- |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 26.50 | 291.50 | F.I.C.A | 18.07 | | | Gross | 739.? |
| | | | Medicare | 4.23 | | | Fed W/H | 0.0 |
| | | | PA St W/H | 8.95 | | | FICA | 45.8 |
| | | | PA SUI | 0.17 | | | Medicare | 10.7 |
| | | | H9 - LWH | 2.92 | | | PA St W/H | 22.7 |
| | | | HO - LWH | 1.00 | | | PA SUI | 0.4 |
| | | | | | | | H9 - LWH | 7.4 |
| 02/05/18 | 02/11/18 | Veeva Systems, In | | 26.50 | 11.00 | 291.50 | HO - LWH | 3.0 |
| | | | | | | | Nontaxable | 0.0 |
| | | | | | | | Taxable | 739.7! |

Gross Pay:    291.50    Deductions:    35.34    YTD Hours:    67.25
                                                 Net Pay:      256.16

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| J & J Staffing Resources | | | | | | | | |
| Jacqueline Davenport | | XXX-XX-4725 | | Empl #1036 | | W/E Dt: 2/18/2018 | | 8004216 |
| Thank you for your dedicated service - we appreciate it! | | | | | | | -----YTD----- | |
| | Hours | Amount | F.I.C.A | 16.71 | | | Gross | 1,009.25 |
| Regular Pay | 24.50 | 269.50 | Medicare | 3.91 | | | Fed W/H | 0.00 |
| | | | PA St W/H | 8.27 | | | FICA | 62.57 |
| | | | PA SUI | 0.16 | | | Medicare | 14.64 |
| | | | H9 - LWH | 2.70 | | | PA St W/H | 30.98 |
| | | | HO - LWH | 1.00 | | | PA SUI | 0.60 |
| | | | | | | | H9 - LWH | 10.11 |
| | | | | | | | HO - LWH | 4.00 |
| 02/12/18 | 02/18/18 | | Veeva Systems, In | 24.50 | 11.00 | 269.50 | Nontaxable | 0.00 |
| | | | | | | | Taxable | 1,009.25 |
| | | | | | | | YTD Hours: | 91.75 |
| Gross Pay: | | 269.50 | Deductions: | | 32.75 | | Net Pay: | 236.75 |

---

J & J Staffing Resources  
PO Box 1620  
Cherry Hill, NJ 08034

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

## VOUCHER

VOUCHER NO. 8004216

DATE 02/21/18    AMOUNT

****VOID****  
**** Direct Deposit ****

NAME OF EMPLOYEE

Jacqueline Jillian Davenport  
1644 Huntingdon Road  
Abington, PA 19001

*********.00

**NOT NEGOTIABLE**

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

J & J Staffing Resources
Jacqueline Davenport    XXX-XX-4725    LMRS-282036    909 / 1    W/E Dt: 2/25/2018    8004429

**Thank you for your dedicated service - we appreciate it!**

|  | Hours | Amount |  |  |  |  | -----YTD----- |
|---|---|---|---|---|---|---|---|
| Regular Pay | 14.75 | 162.25 | F.I.C.A | 10.06 | BENEFITS - DISAB | 0.60 Gross | 1,171.50 |
|  |  |  | Medicare | 2.35 | BENEFITS - LIFE | 4.20 Fed W/H | 0.00 |
|  |  |  | PA St W/H | 4.98 | BENEFITS - MED E | 23.69 FICA | 72.63 |
|  |  |  | PA SUI | 0.10 |  | Medicare | 16.99 |
|  |  |  | H9 - LWH | 1.62 |  | PA St W/H | 35.96 |
|  |  |  | HO - LWH | 1.00 |  | PA SUI | 0.70 |
|  |  |  |  |  |  | H9 - LWH | 11.73 |
| 02/19/18 | 02/25/18 | Veeva Systems, In | 14.75 |  | 11.00    162.25 | HO - LWH | 5.00 |
|  |  |  |  |  |  | Nontaxable | 0.00 |
|  |  |  |  |  |  | Taxable | 1,171.50 |

| Gross Pay: | 162.25 | Deductions: | 48.60 | YTD Hours: | 106.50 |
|---|---|---|---|---|---|
|  |  |  |  | Net Pay: | 113.65 |

---

J & J Staffing Resources
PO Box 1620
Cherry Hill, NJ 08034

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

# VOUCHER

**VOUCHER NO.** 8004429

**DATE** 02/28/18    **AMOUNT**

****VOID****
**** Direct Deposit ****    *********.00

NAME OF
EMPLOYEE

Jacqueline Jillian Davenport
1644 Huntingdon Road
Abington, PA 19001

**NOT NEGOTIABLE**

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK