# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11279-MDC

JACQUELINE J DAVENPORT

1644 HUNTINGDON ROAD

ABINGTON, PA 19001

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JACQUELINE J DAVENPORT

    1644 HUNTINGDON ROAD

    ABINGTON, PA 19001

**Counsel for debtor(s), by electronic notice only.**
    MICHELE PEREZ CAPILATO
    500 OFFICE CENTER DR
    SUITE 400
    FORT WASHINGTON, PA 19034

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                        /s/ William C. Miller

Date: 7/30/2018

                                      _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee