# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | **CHAPTER 13** |
| **JACQUELINE J. DAVENPORT** | : |  |
|  | : |  |
| Debtor(s) | : | No. 18-11279 mdc |

## MOTION TO DETERMINE VALUE

TO:   THE HONORABLE MAGDELINE D COLEMAN
      UNITED STATES BANKRUPTCY JUDGE

Debtor, Jacqueline J. Davenport, seeks a determination of Mercedes-Benz Financial Services, USA LLC's (hereinafter, "Creditor") claim No. 5 under section 506 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 3012, and respectfully represents:

1. Movant seeks a determination of Creditor's secured claim for a 2010 Mercedes-Benz S600 (hereinafter, "Vehicle").

2. Creditor filed proof of claim No. 5 seeking a secured claim of $31,410.36. A copy of the proof of claim is attached hereto as Exhibit "A".

3. The vehicle has approximately 96,000 miles and is over 8 years old.

4. Debtor contends that based on the age and condition of the vehicle, supported by Creditor's own auto repair analysis/recommendations report (attached hereto as Exhibit "B"), a kbb.com valuation (attached hereto as Exhibit "C") and a KBB.com condition report (attached hereto as Exhibit "D"), said Vehicle's present value is not greater than $17,000.00.

Wherefore, Debtor requests this Honorable Court disallow the Proof of Claim No. 5 as filed by Merdedes-Benz Financial Services, USA, LLC, and enter an Order consistent with the Debtor's proposed order.

October 2, 2018                                  Respectfully Submitted,

                                                 By: /s/ Michele Perez Capilato
                                                     Michele Perez Capilato, Esquire
                                                     Identification No. 90438
                                                     500 Office Center Drive, Suite 400
                                                     Fort Washington, PA 19034
                                                     (267) 513-1777
                                                     Fax 1(866) 535-8160
                                                     Attorney for Debtor(s)