UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **JACQUELINE J. DAVENPORT** | : | **CHAPTER 13** |
|  | : |  |
| **Debtor(s)** | : | **No. 18-11279 mdc** |

ORDER

AND NOW, this _____ day of November 2018, the Court having considered the Debtor's Motion to Determine Value of the 2010 Mercedes-Benz S600, and any response in opposition thereto, if any, it is hereby ORDERED that Debtor's Motion is GRANTED, and the allowed secured claim of Mercedes-Benz Financial Services USA, LLC, is $17,000.00.

_____
MAGDELINE D COLEMAN
United States Bankruptcy Judge

cc.

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Ms. Jacqueline J. Davenport
1644 Huntingdon Road
Abington, PA 19001