**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | **CHAPTER 13** |
| **JACQUELINE J. DAVENPORT** | : |  |
|  | : |  |
| **Debtor(s)** | : | No. 18-11279 mdc |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

    **Jacqueline J. Davenport,** the above-captioned Debtor, has filed a Motion with the court to Determine Value.

    **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

    1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion then **on or before October 17, 2018**, you or your attorney must do <u>all</u> of the following:

    (a) file an objection explaining your position at
        Clerk's Office
        United States Bankruptcy Court
        Robert N.C. Nix Building, 4th Floor
        900 Market Street
        Philadelphia, PA 19107

If you mail your objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and
    (b) mail a copy to the movant's attorney:
        Michele Perez Capilato, Esquire
        500 Office Center Drive
        Suite 400
        Fort Washington, PA 19034
        phone: (267) 513-1777
        fax:  1(866) 535-8160

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. **A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, on November 6, 2018 at 10:30 A.M. in courtroom #2**, United States Bankruptcy Court, Robert N.C. Nix Building, 2nd Floor, 900 Market Street, Philadelphia, PA 19107.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an objection.

Dated:  October 2, 2018                    /s/ Michele Perez Capilato
                                                Michele Perez Capilato, Esquire