# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Jacqueline J. Davenport
       Bankruptcy No. 18-11279 mdc
       Adversary No.
       Chapter       13

Date:   10-3-18

To:     Michelle Capilato, Esquire

## NOTICE OF INACCURATE FILING

Re:  Certificate of Service

The above pleading was filed in this office on **10-2-18.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )  Debtor's name does not match case number listed
- ( )  Debtor's name and/or case number (is) are missing
- **(X)**  Wrong PDF document attached
- ( )  PDF document not legible
- ( )  Notice of Motion/Objection
- ( )  Electronic Signature missing
- **(X)**  Other Please file the Certificate of service, you have the motion attached

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**. Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **Stacey**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04