UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **JACQUELINE J. DAVENPORT** | : | **CHAPTER 13** |
|  | : |  |
|  | : |  |
| **Debtor(s)** | : | **No. 18-11279 mdc** |

## CERTIFICATE OF SERVICE

I, Michele Perez Capilato, do hereby certify that I served a true and correct copy of the foregoing Motion to Determine Value was sent via First Class mail, unless otherwise noted, to the following parties:

William C. Miller, Esquire (electronically)
1234 Market Street
Philadelphia, PA 19107

Office of the United States Trustee (electronically)
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Mercedes Benz Financial Services, USA, LLC
c/o BK Servicing, LLC
POB 131265
Roseville, MN 55113-0011

William E. Craig, Esquire
Morton & Craig, LLC
110 Marter Ave. Suite 301
Moorestown, NJ 08057


Dated: October 2, 2018                    /s/ Michele Perez Capilato
                                          Michele Perez Capilato, Esquire
                                          Identification No. 90438
                                          500 Office Center Drive, Suite 400
                                          Fort Washington, PA 19034
                                          (267) 513-1777
                                          Fax 1(866) 535-8160
                                          michelecapilatolaw@gmail.com
                                          Attorney for Debtor