**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | CHAPTER 13 |
| JACQUELINE J. DAVENPORT | : |  |
|  | : |  |
| Debtor(s) | : | No. 18-11279 mdc |

**CERTIFICATE OF SERVICE**

I, Michele Perez Capilato, do hereby certify that I served a true and correct copy of the foregoing Debtor's Second Amended Plan was sent via First Class mail, unless otherwise noted, to the following parties:

Ms. Jacqueline J. Davenport
1644 Huntingdon Road
Abington, PA 19001

William C. Miller, Esquire (electronically)
Chapter 13 Standing Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Office of the United States Trustee (electronically)
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128

Abington Emergency Physicians
56 W Main Street
Ste 305
Newark, DE 19702-1503

Abington Memorial Hospital
1200 Old York Road
Abington, PA 19001

Citi
Po Box 6190
Sioux Falls, SD 57117

Citi
Po Box 6241
Sioux Falls, SD 57117

City of Philadelphia
Municipal Services Bldg
Concourse
1401 John F. Kennedy Blvd
Philadelphia, PA 19102

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Drs Schelkun & Kienle Association
158 York Road
Warminster, PA 18974-4521

Edfinancial Services L
120 N Seven Oaks Dr
Knoxville, TN 37922

First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122

Fox Chase Gartro Assoc PC
POB 62107
King of Prussia, PA 19406-0239

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

Mercedes Benz Financia
P.o. Box 961
Roanoke, TX 76262

William E. Craig, Esquire
Morton & Craig, LLC
110 Marter Ave. Suite 301
Moorestown, NJ 08057

Orthopedic Surgery & Rehabilitation
888 Fox Chase Road
Jenkintown, PA 19046-4437

Pa Housing Finance Age
211 N Front St
Harrisburg, PA 17101

PECO
POB 37629
Philadelphia, PA 19101

Penn Medicine
POB 824406
Philadelphia, PA 19182-4406

Penn State
Office of the Bursar
103 Shields Building
University Park, PA 16802-1200

Phil's Landscape & Design
POB 1032
Roslyn, PA 19001

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Radiology Group Abington
POB 6750
Portsmouth, NH 03802-6750

Samuel E. Cramer, DMD
132 South York Road
Hatboro, PA 19040

Syncb/lowes
Po Box 965005
Orlando, FL 32896

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021 Norfolk, VA 23541

Temple University Physicians
POB 827783
Philadelphia, PA 19182-7783

U.S. Small Business Association
801 Tom Martin Drive
Suite 120
Birmingham, AL 35211

Wells Fargo Bank
Po Box 14517
Des Moines, IA 50306

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

LVNV Funding, LLC its successors and assigns as
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

City of Philadelphia
Law Department Tax Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595


Dated: April 3, 2019                    /s/ Michele Perez Capilato
                                        Michele Perez Capilato, Esquire
                                        Identification No. 90438
                                        500 Office Center Drive, Suite 400
                                        Fort Washington, PA 19034
                                        (267) 513-1777
                                        Fax 1(866) 535-8160
                                        perezcapilatolaw@yahoo.com


                                        Attorney for Debtor