IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: JACQUELINE J. DAVENPORT<br>**Debtor** | Case No.: 18-11279 (MDC) |
| JACQUELINE J. DAVENPORT<br>**Movant** | Chapter 13 |
| v. | |
| MERCEDES-BENZ FINANCIAL<br>SERVICES USA LLC<br>**Respondent** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Mercedes-Benz Financial Services USA LLC and the Debtor in settlement of the Motion To Determine Value AND Objection To Confirmation, and filed on or about April 18, 2019 in the above matter is APPROVED.

Dated: 4/24/19

BY THE COURT:

*Magdeline D. Coe*
UNITED STATES BANKRUPTCY JUDGE