**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | **:** | **CHAPTER 13** |
| **JACQUELINE J. DAVENPORT** | **:** |  |
|  | **:** |  |
| **Debtor(s)** | **:** | **No. 18-11279 mdc** |

## CERTIFICATE OF NO OBJECTION

      COMES NOW, Michele Perez Capilato, Esquire, attorney for the above-captioned Debtor(s), and hereby certifies that **no objection** to the Motion for Approval of Compensation (Application for Compensation), has been received as of this date, after being served upon interested parties on March 29, 2018.

May 21, 2019                                        Respectfully Submitted,

                                                            /s/Michele Perez Capilato
                                                            Michele Perez Capilato, Esquire
                                                            Attorney I.D.  No.  90438
                                                           500 Office Center Drive, Suite 400
                                                           Fort Washington, PA 19034
                                                           (267) 513-1777
                                                           Fax 1(866) 535-8160
                                                           michelecapilatolaw@gmail.com