United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11279-mdc
Jacqueline J Davenport                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: Stacey                 Page 1 of 1              Date Rcvd: Jun 04, 2019
                                Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2019.
db             +Jacqueline J Davenport,   1644 Huntingdon Road,   Abington, PA 19001-2108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MICHELE PEREZ CAPILATO    on behalf of Debtor Jacqueline J Davenport perezcapilatolaw@yahoo.com,
               michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CHAPTER 13 |
| **JACQUELINE J. DAVENPORT** | : | |
| | : | |
| **Debtor(s)** | : | No. 18-11279 mdc |

## ORDER

AND NOW, this  4th   day of June 2019, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED & DECREED that MICHELE PEREZ CAPILATO, ESQUIRE, is awarded $4,000.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services.  Trustee is authorized to pay the unpaid balance thereof, the sum of $2,900.00 from the estate to the extent provided for by the Confirmed Plan.

_____
Magdeline D. Coleman
United States Bankruptcy Judge

Cc:

Michele Perez Capilato, Esquire
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Ms. Jacqueline J. Davenport
1644 Huntingdon Road
Abington, PA 19001

 William C. Miller, Esquire (electronically)
Chapter 13 Standing Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Office of the United States Trustee (electronically)
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128

Abington Emergency Physicians
56 W Main Street
Ste 305
Newark, DE 19702-1503

Abington Memorial Hospital
1200 Old York Road
Abington, PA 19001

Citi
Po Box 6190
Sioux Falls, SD 57117

Citi
Po Box 6241
Sioux Falls, SD 57117

City of Philadelphia
Municipal Services Bldg
Concourse
1401 John F. Kennedy Blvd
Philadelphia, PA 19102

Credit Collection Services
725 Canton Street
Norwood, MA 02062

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Drs Schelkun & Kienle Association
158 York Road
Warminster, PA 18974-4521

Edfinancial Services L
120 N Seven Oaks Dr
Knoxville, TN 37922

Edfinancial Services L
120 N Seven Oaks Dr
Knoxville, TN 37922

First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122

Fox Chase Gartro Assoc PC
POB 62107
King of Prussia, PA 19406-0239

KML Law Group
701 Market Street
Suite 5000
Philadelphia, PA 19106

Mercedes Benz Financia
P.o. Box 961
Roanoke, TX 76262

Orthopedic Surgery & Rehabilitation
888 Fox Chase Road
Jenkintown, PA 19046-4437

Pa Housing Finance Age
211 N Front St
Harrisburg, PA 17101

PECO
POB 37629
Philadelphia, PA 19101

Penn Medicine
POB 824406
Philadelphia, PA 19182-4406

Penn State
Office of the Bursar
103 Shields Building
University Park, PA 16802-1200

Phil's Landscape & Design
POB 1032
Roslyn, PA 19001

Radiology Group Abington
POB 6750
Portsmouth, NH 03802-6750

Sanuel E. Cramer, DMD
132 South York Road
Hatboro, PA 19040

Syncb/lowes
Po Box 965005
Orlando, FL 32896

Temple University Physicians
POB 827783
Philadelphia, PA 19182-7783

U.S. Small Business Association
801 Tom Martin Drive
Suite 120
Birmingham, AL 35211

Wells Fargo Bank
Po Box 14517
Des Moines, IA 50306