Certificate Number: 15111-PAE-DE-037217862

Bankruptcy Case Number: 18-11279



15111-PAE-DE-037217862

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2023, at 2:43 o'clock AM EST, Jacqueline J Davenport completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 28, 2023

By: /s/Hasan Bilal for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education