United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11279-mdc |
| Jacqueline J Davenport | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 28, 2023 | Form ID: 138OBJ | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline J Davenport, 1644 Huntingdon Road, Abington, PA 19001-2108 |
| 14086453 | | Abington Emergency Physicians, 56 W Main Street, Ste 305, Newark, DE 19702-1503 |
| 14086454 | + | Abington Memorial Hospital, 1200 Old York Road, Abington, PA 19001-3788 |
| 14086460 | | Drs Schelkun & Kienle Association, 158 York Road, Warminster, PA 18974-4521 |
| 14086463 | | Fox Chase Gartro Assoc PC, POB 62107, King of Prussia, PA 19406-0239 |
| 14339496 | + | Michele Perez Capilato, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 14339495 | + | Michele Perez Capilato, Esq, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 14339517 | + | Michele Perez Capilato, Esquire, 500 Office Center Drive, Suite 400, Fort Washington, PA 19034-3234 |
| 14086466 | | Orthopedic Surgery & Rehabilitation, 888 Fox Chase Road, Jenkintown, PA 19046-4437 |
| 14086469 | | Penn Medicine, POB 824406, Philadelphia, PA 19182-4406 |
| 14086470 | | Penn State, Office of the Bursar, 103 Shields Building, University Park, PA 16802-1200 |
| 14086471 | + | Phil's Landscape & Design, POB 1032, Roslyn, PA 19001-9032 |
| 14086472 | ++++ | RADIOLOGY GROUP ABINGTON, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Radiology Group Abington, POB 6750, Portsmouth, NH 03802-6750 |
| 14086473 | + | Sanuel E. Cramer, DMD, 132 South York Road, Hatboro, PA 19040-3327 |
| 14086475 | | Temple University Physicians, POB 827783, Philadelphia, PA 19182-7783 |
| 14086476 | + | U.S. Small Business Association, 801 Tom Martin Drive, Suite 120, Birmingham, AL 35211-6424 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 01 2023 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14185281 | | Email/Text: megan.harper@phila.gov | Mar 01 2023 00:34:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14086457 | | Email/Text: megan.harper@phila.gov | Mar 01 2023 00:34:00 | City of Philadelphia, Municipal Services Bldg, Concourse, 1401 John F. Kennedy Blvd, Philadelphia, PA 19102 |
| 14086456 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2023 00:39:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14086455 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2023 00:39:03 | Citi, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14086458 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 01 2023 00:34:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14080534 | | Email/Text: mrdiscen@discover.com | Mar 01 2023 00:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14086459 | + | Email/Text: mrdiscen@discover.com | Mar 01 2023 00:34:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: 138OBJ | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 14086461 | + | Email/Text: EBN@edfinancial.com | Mar 01 2023 00:34:00 | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 14202860 | + | Email/Text: EBN@edfinancial.com | Mar 01 2023 00:34:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14086462 | | Email/Text: rj@ffcc.com | Mar 01 2023 00:34:00 | First Federal Credit C, 24700 Chagrin Blvd Ste 2, Cleveland, OH 44122 |
| 14086464 | ^ | MEBN | Mar 01 2023 00:29:32 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14102110 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2023 00:38:59 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14086465 | + | Email/Text: M74banko@mercedes-benz.com | Mar 01 2023 00:34:00 | Mercedes Benz Financia, P.o. Box 961, Roanoke, TX 76262-0961 |
| 14088974 | | Email/Text: M74banko@mercedes-benz.com | Mar 01 2023 00:34:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 14086468 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 01 2023 00:34:00 | PECO, POB 37629, Philadelphia, PA 19101-0629 |
| 14102233 | + | Email/Text: blegal@phfa.org | Mar 01 2023 00:34:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14064726 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 01 2023 00:39:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14086467 | + | Email/Text: blegal@phfa.org | Mar 01 2023 00:34:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14069961 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 01 2023 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14085204 | | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2023 00:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14086474 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2023 00:38:59 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14086477 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 01 2023 00:39:02 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 14083878 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 01 2023 00:39:06 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 28, 2023 | Form ID: 138OBJ | Total Noticed: 40 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHELE PEREZ CAPILATO | on behalf of Debtor Jacqueline J Davenport perezcapilatolaw@yahoo.com  michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jacqueline J Davenport
      Debtor(s)

Case No: 18−11279−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
               Suite 400
         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/28/23

75 − 68
Form 138OBJ